IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

HARSH SHARMA,

   Petitioner,

  v.            CIVIL ACTION NO.: CV211-082

ANTHONY HAYNES, Warden,

   Respondent.

## ORDER

Petitioner Harsh Sharma ("Sharma") filed an Objection to the Magistrate Judge's Report dated November 7, 2011, which recommended that Sharma's 28 U.S.C. § 2241 petition be dismissed. In his Objection and supporting documents, Sharma argues that he is not required to exhaust his administrative remedies for two reasons: (1) exhaustion is not required for § 2241 petitions, and (2) he is in a "zone of danger" which excuses the exhaustion requirement. (Doc. Nos. 84, 85, 86, and 87).

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. As discussed in Skinner v. Wiley, 355 F.3d 1293, 1295 (11th Cir. 2004), and in the Magistrate Judge's Report, "despite the PLRA's inapplicability to habeas petitions . . . prisoners seeking habeas relief, including relief pursuant to § 2241, are subject to administrative exhaustion requirements." As the Magistrate Judge discussed, Sharma did not exhaust his administrative remedies prior to filing the instant petition. (Doc. No. 72, pp. 3–4).

AO 72A
(Rev. 8/82)

Sharma states that he has experienced retaliation and discrimination, placing him in a "zone of danger," as a result of filing administrative remedies. He argues that "once defendants pushed [him] in" a "zone of danger" he became exempt from the requirement of exhausting administrative remedies. (Doc. No. 87, p. 2). Sharma's "zone of danger" argument is simply a re-characterization of his earlier futility argument, which the Magistrate Judge addressed. As the Magistrate Judge determined, exhaustion of administrative remedies would not be futile for Sharma, and his allegations of violations of his civil rights are more appropriately brought in an action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). (Doc. No. 72, p. 4).

Sharma's Objection to the Magistrate Judge's Report and Recommendation is without merit and is **overruled**. The Report and Recommendation of the Magistrate Judge is adopted as the Opinion of the Court. Sharma's 28 U.S.C. § 2241 petition is **DISMISSED**, without prejudice. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 30 day of November, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA